UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
KLAJDI PLASARI,                      :
                                     :
            Plaintiff,               :     09 Civ. 6368 (JSR)
                                     :
       -v-                           :         ORDER
                                     :
HEALTHCARE RECEIVABLES MANAGEMENT,   :
INC.,                                :
                                     :
            Defendant.               :
------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-28-09

JED S. RAKOFF, U.S.D.J.

　　　　On August 31, 2009, the Court sent a Notice of Court Conference to plaintiff's counsel, informing it that an initial pretrial conference had been set for September 16, 2009 at 11:00 a.m. and directing it to furnish all attorneys in this action with a copy of the Notice.  Both plaintiff and defendant failed to appear at the appointed time.  However, plaintiff had previously made inquiries of the Court regarding the procedures for seeking an adjournment, but plaintiff never made a formal application for any adjournment or other relief.

　　　　In light of this history, the Court hereby sets a new date for an initial pretrial conference: the conference will be held on October 20, 2009 at 11:00 a.m.  The parties are advised to consult the undersigned's Individual Rules to ascertain the proper procedures for making any application to the Court.

　　　　SO ORDERED.

Dated:  New York, NY
        September 28, 2009

                                         _____
                                         JED S. RAKOFF, U.S.D.J.